## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWARD SMITH AND LINDA BOSNAK | ) | No. 3:14-cv-00835 |
| Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORPORATION | ) | |
| CRANE CO. | ) | |
| FOSTER WHEELER, LLC | ) | |
| GENERAL ELECTRIC COMPANY | ) | |
| Defendants. | ) | June 10, 2015 |

**This Document Relates To:**

**MOTION AND ORDER OF DISMISSAL**

Plaintiffs' counsel, Early, Lucarelli, Sweeney & Meisenkothen, LLC, hereby submit to the Court, in accordance with the Court's Administrative Order No. 12, Paragraph 5(c), that plaintiffs' desire to dismiss all remaining defendants from their respective cause. Accordingly, Plaintiff's move for an entry of order dismissing General Electric Company and Crane Co.

| | | |
|---|---|---|
| HOWARD SMITH AND LINDA BOSNAK | ) | No. 3:14-cv-00835 |
|     Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORPORATION | ) | |
| CRANE CO. | ) | |
| FOSTER WHEELER, LLC | ) | |
| GENERAL ELECTRIC COMPANY | ) | |
|     Defendants. | ) | June 10, 2015 |

**ORDER**

The Court, having considered the Plaintiffs' Motion and Order of Dismissal of General Electric Company and Crane Co. is hereby granted/denied.

_____

        Respectfully submitted, THE PLAINTIFFS

        <u>s/ Brian P. Kenney</u>
        Brian P. Kenney, Esq.
        Early, Lucarelli, Sweeney & Meisenkothen, LLC
        265 Church Street — 11th Floor New Haven,
        Connecticut 06510
        203-777-7799
        203-785-1671 (fax)
        bkenney@elslaw.com
        Counsel for the Plaintiff

## Certificate of Service

I hereby certify that on June 10, 2015 a copy of foregoing Plaintiffs' Motion and Order of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing, through the Court's CM/ECF System.

Respectfully submitted, THE PLAINTIFFS

s/ Brian P. Kenney
Brian P. Kenney, Esq.
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street — 11th Floor New Haven,
Connecticut 06510
203-777-7799
203-785-1671 (fax)
bkenney@elslaw.com
Counsel for the Plaintiff