UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD SMITH AND LINDA BOSNAK, | C.A. NO.: 3:14-cv-00835-VAB |
| V. | |
| CBS CORPORATION, ET AL | July 22, 2015 |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

  IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, Howard Smith and Linda Bosnak and the Defendant Crane Co. and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the following defendant only: **Crane Co.**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| The Plaintiffs', | The Defendant, |
|---|---|
| Howard Smith and Linda Bosnak | Crane Co. |
| By /s/ Brian P. Kenney ct 27025 | |
| Early Lucarelli, Sweeny & Meisenkothen, LLC | By /s/ Jason K. Henderson, ct27042 |
| One Century Tower, 11th Floor | DanaherLagnese, P.C. |
| 265 Church Street, P.O. Box 1866 | 21 Oak Street, Suite 700 |
| New Haven, CT 06508-1866 | Hartford, CT 06106 |
| Tel. 203- 777-7799 | Tel. 860-247-3666 |
| Dated: July 22, 2015 | |
| | Dated: July 22, 2015 |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Brian Kenney
      Fed Bar No. ct 27025